| | | |
|---|---|---|
| **JACK ADAMS** | * | **NO. 2019-CA-0247** |
| **VERSUS** | * | **COURT OF APPEAL** |
| **RICK M. SUTTON** | * | **FOURTH CIRCUIT** |
| | * | **STATE OF LOUISIANA** |
| | * | |
| | * | |

* * * * * * *

| | |
|---|---|
| **CONSOLIDATED WITH:** | **CONSOLIDATED WITH:** |
| **RICK SUTTON** | **NO. 2019-C-0795** |
| **VERSUS** | |
| **JACK ADAMS, ET AL** | |
| **CONSOLIDATED WITH:** | **CONSOLIDATED WITH:** |
| **JACK ADAMS** | **NO. 2019-C-0796** |
| **VERSUS** | |
| **RICK M. SUTTON** | |
| **CONSOLIDATED WITH:** | **CONSOLIDATED WITH:** |
| **RICK SUTTON** | **NO. 2019-C-0845** |
| **VERSUS** | |
| **JACK ADAMS, CHARLES ADAMS, POLLY POINT IMPORTS CORP.** | |
| **CONSOLIDATED WITH:** | **CONSOLIDATED WITH:** |
| **JACK ADAMS** | **NO. 2019-C-0851** |
| **VERSUS** | |
| **RICK SUTTON** | |
| **CONSOLIDATED WITH:** | **CONSOLIDATED WITH:** |
| **RICK SUTTON** | **NO. 2019-CA-0975** |
| **VERSUS** | |

**JACK ADAMS AND MAISON ROYALE, LLC**

| | |
|---|---|
| **CONSOLIDATED WITH:** | **CONSOLIDATED WITH:** |

| | |
|---|---|
| **RICK M. SUTTON, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF RJANO HOLDINGS, INC. AND MAISON ROYALE, LLC** | **NO. 2019-CA-0992** |

**VERSUS**

**JACK ADAMS, MAISON ROYALE, LLC AND RJANO, INC.**

| | |
|---|---|
| **CONSOLIDATED WITH:** | **CONSOLIDATED WITH:** |

| | |
|---|---|
| **JACK ADAMS** | **NO. 2019-CA-1105** |

**VERSUS**

**RICK M. SUTTON**

EAL

**LOMBARD, J., DISSENTS WITH REASONS**

I dissent from the order of the majority rescinding the January 3, 2020 order of consolidation of this Court. Because this matter was consolidated when oral argument was held, the parties were limited to arguing for 30 minutes each. As a result of the majority's order to now unconsolidate this matter and reconsolidate it into four appeals and one writ application, the parties have been precluded from fully presenting their arguments before the Court on appeal. This result belies judicial fairness. Therefore, I respectfully dissent from the order of the majority.